**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7619**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

AMOS JUNIOR SCOTT, a/k/a Crazy,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:00-cr-00069-MR-5)

Submitted: March 29, 2022                        Decided: April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amos Junior Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amos Junior Scott, a federal prisoner serving a life sentence, appeals the district court's orders denying Scott's 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release, and denying reconsideration. We review a district court's denial of a motion for compassionate release for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).

In the appealed-from orders, the district court assumed the arguments advanced by Scott satisfied the "extraordinary and compelling" standard under § 3582(c)(1)(A)(i) and proceeded to weigh the applicable 18 U.S.C. § 3553(a) factors. The court ultimately found, though, that the § 3553(a) factors did not countenance the grant of relief in this case. Upon review, we discern no abuse of discretion in the court's analysis. *Id*. at 331-32 (holding that, even if extraordinary and compelling circumstances exist, courts may deny compassionate release if § 3553(a) factors counsel against reduction). We therefore affirm the district court's orders. *United States v. Scott*, No. 1:00-cr-00069-MR-5 (W.D.N.C. July 26, 2021 & Oct. 26, 2021). We deny Scott's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*